AO 442

*FOD No.14/2963*

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

John Steven Romero

FILED

07 NOV 20 AM 9: 37

WARRANT FOR ARREST

CASE NUMBER: 07 MJ 2674                    DEPUTY

To:    The United States Marshal
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ John Steven Romero

                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☒ Probation Violation Petition
                                                                                      ☒ Pretrial Violation

charging him or her with (brief description of offense)

Assault on a federal officer: forcible intimidation of a federal officer designated in 18 U.S.C. § 1114, while engaged in the performance of his official duties.

DATE *11/16/07*

ARRESTED BY *S/A Daniel Muñoz*

STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA

In violation of Title _____ United States Code, Section(s) 111.

BY *[signature]*

NITA L. STORMES
U.S. MAGISTRATE JUDGE

| Name of Issuing Officer | Title of Issuing Officer |
|---|---|
| | *San Diego CA    11-15-07* |

Signature of Deputy                    Date and Location

Bail fixed at $ *To Be Set in Court*   [Bail]   by *[signature]*

                                          Name of Judicial Officer

| RETURN |
|---|

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

*CLASS II 'J'*                                    *1399*

*IRS*                              *(Assault on Fed. Officer)*