FILED

DEC - 4 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA   07cr3257-BTM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. 07MJ2674 |
| Plaintiff, | ) |
| v. | ) **I N F O R M A T I O N** |
| JOHN STEVEN ROMERO, | ) Title 18, U.S.C., Sec. 111(a)(1) - |
| Defendant. | ) Assault on a Federal Officer |
| | ) (Misdemeanor) |

Count 1

On or about November 15, 2007, within the Southern District of California, defendant JOHN STEVEN ROMERO, did willfully and forcibly oppose, impede, and interfere with a person named in Title 18, United States Code, Section 1114, to wit, Internal Revenue Service Agent George Lee, while Agent Lee was engaged in the performance of his official duties, in that defendant threatened to use physical force against Agent Lee, in violation of Title 18, United States Code, Section 111(a)(1), a misdemeanor.

DATED: December 3, 2007

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney