## Minutes of the United States District Court
### Southern District of California
### DECEMBER 4, 2007

HON. __JAN M. ADLER__                    DEPUTY CLERK: __R. RHONE__ 

---

TAPE NO. JMA07-01-17:26-17:58

07CR3257-BTM       USA      vs.      JOHN STEVEN ROMERO (1)(C)

ARRAIGNMENT
CHANGE OF PLEA
SENTENCING HEARING                   CANDIS LEA MITCHELL, FEDERAL DEFENDERS

                                     AUSA: CALEB MASON

---

INFORMATION FILED; CONSENT TO BE TRIED BEFORE MAG JUDGE FILED

DFT ARRAIGNED AND GUILTY PLEA ENTERED

DFT SENTENCED TO TIME SERVED; NO SUPERVISED RELEASE IMPOSED; ABSTRACT ISSUED TO USM


ARRAIGNMENT - 1 MINUTE
CHANGE OF PLEA - 16 MINUTES
SENTENCING - 15 MINUTES