| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | CHRISTOPHER M. ALEXANDER<br>Assistant U.S. Attorney |
| 3 | California State Bar No. 201352<br>United States Attorney's Office |
| 4 | 880 Front Street, Room 6293<br>San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7425/(619) 235-2757<br>Email: Christopher.M.Alexander@usdoj.gov |
| 6 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3257-BTM |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| JOHN STEVEN ROMERO | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u> (If none, enter "None" below)

Christopher M. Alexander

1  Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2  <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3  "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4  association):

5  <u>Name</u> (If none, enter "None" below)

6  None

7  Please call me if you have any questions about this notice.

8  DATED: December 6, 2007

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Christopher M. Alexander
_____
Christopher M. Alexander
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Christopher.M.Alexander@usdoj.gov

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR3257-BTM |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| JOHN STEVEN ROMERO | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, CHRISTOPHER M. ALEXANDER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of a NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

CANDIS LEA MITCHELL

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 6, 2007.

      s/ Christopher M. Alexander
      CHRISTOPHER M. ALEXANDER